**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-60470
Summary Calendar

LILLIE HALBERT,

Plaintiff-Appellant,

VERSUS

CITY OF COLUMBUS,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
(1:97-CV-413)

March 3, 2000

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons assigned by the district court in its Memorandum Opinion filed on June 11, 1999.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.